IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02971-WYD-KMT

TOUCHSTONE GROUP, LLC on behalf of itself and all others similarly situated,

     Plaintiff,

v.

DANIEL J. RINK; TATUM, LLC; SFN GROUP, INC.; CHRISTOPHER FLANNERY;
ASTOR, WEISS, KAPLAN, & MANDEL LLP; ESTILL & LONG, LLC;
STEVEN GRANOFF, CPA;
KRASSENSTEIN, GRANOFF & UNGER, LLC;
CARBON DIVERSION, INC.;
TRACS GROWTH INVESTMENT; AND
JOHN DOES 1 - 100,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Defendant Flannery's Joinder to Daniel J. Rink's Motion to Dismiss Touchstone Group, LLC's Class Action Complaint (Docket No. 62), and Motion Pursuant to Rule 12(b)(6) for Dismissal of Counts I and II of Plaintiff's Class Action Complaint (ECF No. 71) is **DENIED** consistent with my ruling in the Order of December 21, 2012 (ECF No. 127).

     Dated:  January 24, 2013.