**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 11-cv-02971-WYD-KMT | FTR - Courtroom C-201 |
| **Date:** March 28, 2013 | Deputy Clerk, Nick Richards |
| TOUCHSTONE GROUP, LLC on behalf of itself and all others similarly situated, | Karl P. Barth
Patrick Howard
Simon B. Paris |
| Plaintiff, | |
| v. | |
| DANIEL J. RINK,
TATUM LLC,
CHRISTOPHER FLANNERY,
ASTOR, WEISS, KAPLAN & MANDEL LLP,
ESTILL & LONG, LLC,
CARBON DIVERSION, INC.,
TRACS GROWTH INVESTMENT, and
JOHN DOES 1-100, | Michael Constantine Marsh
Robert James Zavaglia, Jr.
Robert William Steinmetz
Tamara F. Goodlette |
| Defendant. | |

**COURTROOM MINUTES / MINUTE ORDER**

**SCHEDULING CONFERENCE**
**Court in Session: 9:34 a.m.**
Court calls the case. Appearances of counsel.

Discussion regarding Defendant Tatum, LLC's Motion for Protective Order, with Incorporated Memorandum of Law [Doc. No. 152, filed March 11, 2013] and Plaintiff and Defendant Estill & Long's Stipulated Motion for Ninety-Day Stay of Plaintiff's Claims Against Defendant Estill & Long [Doc. No. 157, filed March 22, 2013].

It is **ORDERED**:   Plaintiff and Defendant Estill & Long's Stipulated Motion for Ninety-Day Stay [157] is **GRANTED IN PART** as stated on the record. A thirty-day stay is allowed as to Defendant Estill & Long, LLC.

Oral argument from Defendant's counsel regarding Defendant Tatum, LLC's Motion for Protective Order.
Oral argument from Plaintiff.

It is **ORDERED**:   Defendant Tatum, LLC's Motion for Protective Order [152] is **DENIED** as stated on the record.

It is **ORDERED**:   The parties shall work on an agreement for ESI protocol on or before April 12, 2013.

[**XX**]   Scheduling Order entered.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Discovery Cut-off: July 7, 2014
Dispositive Motions Deadline: August 15, 2014
Disclosure of Affirmative Experts: May 6, 2014
Disclosure of Rebuttal Experts: June 6, 2014
Each party shall be limited to 25 interrogatories, 50 requests for admission, and 50 requests for documents.
Each side shall be limited to 20 depositions, excluding experts. No deposition shall exceed 7 hours in length without prior agreement or a court order.

**NO SETTLEMENT CONFERENCE** set for this matter at this time.

**FINAL PRETRIAL CONFERENCE** set for **October 16, 2014 at 9:30 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

TRIAL:

Trial Preparation Conference and trial dates will be set by Senior District Judge Wiley Y. Daniel.

It is ORDERED:   Written responses to outstanding discovery shall be responded to on or before April 17, 2013.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 10:30 a.m.**
Total In-Court Time:   00:56        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.