IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02971–WYD–KMT

TOUCHSTONE GROUP, LLC on behalf of itself and all others similarly situated,

    Plaintiff,

v.

DANIEL J. RINK,
TATUM LLC,
CHRISTOPHER FLANNERY,
ASTOR, WEISS, KAPLAN & MANDEL LLP,
ESTILL & LONG, LLC,
CARBON DIVERSION, INC.,
TRACS GROWTH INVESTMENT, and
JOHN DOES 1-100,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion for Stay of Proceedings and Extension of Certain Pretrial Deadlines" (Doc. No. 178, filed August 8, 2013) is GRANTED. The court notes that this case was subject to an automatic stay from May 2012 through December 2012, and the Scheduling Order was not entered until March 28, 2013. Additionally, this is the first request for a limited stay to pursue settlement negotiations. Therefore, this case is stayed until October 15, 2013.

The following pretrial deadlines for briefing on class certification are revised:

1. Plaintiff's Motion for Class Certification and supporting expert reports will be due on December 9, 2013.
2. Defendants' Responses to Plaintiff's Motion for Class Certification and supporting expert reports will be due on January 10, 2014.
3. Plaintiffs' Reply and rebuttal expert reports will be due on February 10, 2014.

The parties shall file a status report no later than October 18, 2013.

Dated: August 12, 2013