IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02971-WYD-KMT

TOUCHSTONE GROUP, LLC on behalf of itself and all others similarly situated,

Plaintiff,

v.

DANIEL J. RINK; TATUM, LLC; SFN GROUP, INC.; CHRISTOPHER FLANNERY;
ASTOR, WEISS, KAPLAN, & MANDEL LLP; ESTILL & LONG, LLC;
STEVEN GRANOFF, CPA;
KRASSENSTEIN, GRANOFF & UNGER, LLC;
CARBON DIVERSION, INC.;
TRACS GROWTH INVESTMENT; AND
JOHN DOES 1 - 100,

Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

Plaintiffs' Motion to Enforce Terms of December 1, 2012, Agreement with
Interested Party/Receiver, John Paul Anderson, CPA filed October 22, 2013 (ECF No.
189) is stricken with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

Dated:  October 22, 2013.