**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.: 1-11-cv-02971-CMA-KMT

TOUCHSTONE GROUP, LLC;
MARGRET GREENSPAN;
and RONALD GREENSPAN,
on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.

DANIEL J. RINK, et al.,

      Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Touchstone Group, LLC, Margret Greenspan, and Ronald Greenspan and defendants Daniel J. Rink and Tatum, LLC (collectively, the "Parties") hereby notify the Court that the Parties reached a mediated settlement and are finalizing a written agreement to settle all pending claims between them in this action. The Parties respectfully request 45 days from the date of this Notice to finalize and file the settlement papers with the Court.

Dated: December 26, 2013.

| | |
|---|---|
| By: *s/Patrick Howard* <br>     Simon B. Paris <br>     Patrick Howard <br>     Charles J. Kocher <br>**SALTZ MONGELUZZI, BARRETT & BENDESKY, P.C.** <br>One Liberty Place, 52nd Floor <br>1650 Market Street <br>Philadelphia, PA  19103 <br>Telephone: (215) 575-3986 <br>Facsimile:  (215) 575-3894 <br>E-mail: sparis@smbb.com <br>E-mail: phoward@smbb.com <br>E-mail: ckocher@smbb.com <br><br>Leif Garrison <br>**HAGENS BERMAN SOBEL SHAPIRO LLP** <br>2301 E. Pikes Peak Avenue <br>Colorado Springs, CO 80909 <br>Telephone: (719) 635-0377 <br>Facsimile:  (719) 635-2920 <br>E-mail: leif@hbsslaw.com <br><br>Anthony D. Shapiro <br>Karl P. Barth <br>**HAGENS BERMAN SOBEL SHAPIRO LLP** <br>1918 Eighth Avenue, Suite 3300 <br>Seattle, WA 98101 <br>Telephone: (206) 623-7292 <br>Facsimile:  (206) 623-0594 <br>E-mail: tony@hbsslaw.com <br>E-mail: karlb@hbsslaw.com <br><br>*Attorneys for Plaintiffs* | By: *s/Ryan Roman* <br>     Michael C. Marsh <br>     Brian P. Miller <br>     Richard D. Tuschman <br>     Ryan Roman <br>     Naim Surgeon <br>**AKERMAN LLP** <br>**(f/k/a AKERMAN SENTERFITT)** <br>One Southeast Third Avenue, 25th Floor <br>Miami, FL 33131 <br>Telephone: (305) 374-5600 <br>Facsimile:  (305) 374-5095 <br>E-mail: michael.marsh@akerman.com <br>E-mail: brian.miller@akerman.com <br>E-mail: richard.tuschman@akerman.com <br>E-mail: ryan.roman@akerman.com <br>E-mail: naim.surgeon@akerman.com <br><br>*Attorneys for Defendant Tatum, LLC* <br><br>By: *s/Patricia M. Hamill* <br>     Patricia M. Hamill <br>     Andrew S. Gallinaro <br>**CONRAD O'BRIEN PC** <br>1500 Market Street, Centre Square <br>West Tower, Suite 3900 <br>Philadelphia, PA  19102 <br>Telephone: (215) 864-9600 <br>Facsimile:  (215) 864-9620 <br>E-mail: phamill@conradobrien.com <br>E-mail: agallinaro@conradobrien.com <br><br>Scott Mark Browning, Esquire <br>Tamara F. Goodlette, Esquire <br>**ROTHGERBER JOHNSON & LYONS, LLP** <br>1200 17th Street <br>One Tabor Center, #3000 <br>Denver, CO 80202 <br>Telephone: (303) 623-9000 <br>Facsimile:  (303) 623-9222 <br>Email: sbrowning@rothgerber.com <br>Email: tgoodlette@rothgerber.com <br><br>*Attorneys for Defendant Daniel J. Rink* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2013, I served a true and correct copy of the foregoing document upon the following in the manner noted below:

Peter J. Korneffel, Jr., Esquire
Kathryn R. Debord, Esquire
Sarah E. April, Esquire
**BRYAN CAVE LLP**
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0233
Facsimile:  (303) 866-0200
E-mail: peter.korneffel@bryancave.com
E-mail: katie.debord@bryancave.com
E-mail: sarah.april@bryancave.com

*Attorneys for Non-Party John Paul Anderson*
(via CM/ECF)

Leif Garrison
**HAGENS BERMAN SOBEL SHAPIRO LLP**
2301 E. Pikes Peak Avenue
Colorado Springs, CO 80909
Telephone: (719) 635-0377
Facsimile:  (719) 635-2920
E-mail: leif@hbsslaw.com

Anthony D. Shapiro
Karl P. Barth
**HAGENS BERMAN SOBEL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
E-mail: tony@hbsslaw.com
E-mail: karlb@hbsslaw.com

Simon B. Paris
Patrick Howard
Charles J. Kocher
**SALTZ, MOBELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-3986
Facsimile:  (215) 575-3894
E-mail: sparis@smbb.com
E-mail: phoward@smbb.com
E-mail: ckocher@smbb.com

*Attorneys for Plaintiff Touchstone Group, LLC*
(via CM/ECF)

Alan S. Fellheimer, Esquire
John J. Jacko, III, Esquire
**FELLHEIMER & EICHEN LLP**
Two Liberty Place
50 South 16th Street, 34th Floor
Philadelphia, PA 19102
Telephone: (215) 253-6631
Facsimile:  (215) 751-1744
E-mail: alan@fellheimer.net
E-mail: john@fellheimer.net

*Attorneys for Defendant Steven L. Granoff*
(via CM/ECF)

Mark E. Haynes, Esquire
Kelley B. Duke, Esquire
**IRELAND STAPLETON PRYOR & PASCOE, PC**
1675 Broadway, Suite 2600
Denver, CO 80202
Telephone: (303) 623-2700
Facsimile:  (303) 623-2062
E-mail: mhaynes@irelandstapleton.com
E-mail: kduke@irelandstapleton.com

*Attorneys for Defendants Krassenstein & Unger, LLC and Steven L. Granoff*
(via CM/ECF)

Carolyn J. Fairless, Esquire
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile:  (303) 244-1879
E-mail: fairless@wtotrial.com

*Attorneys for Defendant Astor, Weiss, Kaplan & Mandel LLP*
(via CM/ECF)

Robert J. Zavaglia, Jr., Esquire
**TREECE ALFREY MUSAT P.C.**
999 Eighteenth Street, Suite 1600
Denver, CO 80202
Telephone: (303) 292-2700
Facsimile:  (303) 295-0414
E-mail: zavaglia@tamlegal.com

*Attorneys for Defendant Christopher Flannery*
(via CM/ECF)

Scott Mark Browning, Esquire
Tamara F. Goodlette, Esquire
**ROTHGERBER JOHNSON & LYONS, LLP**
1200 17th Street
One Tabor Center, #3000
Denver, CO 80202
Telephone: (303) 623-9000
Facsimile:  (303) 623-9222
Email: sbrowning@rothgerber.com
Email: tgoodlette@rothgerber.com

*Attorneys for Defendant Daniel J. Rink*
(via CM/ECF)

Michael T. McConnell, Esquire
**MCCONNELL FLEISCHNER
 HOUGHTALING, LLC**

4700 South Syracuse Street
Denver Corporate Center, Tower I, #200
Denver, CO 80237
Telephone: (303) 480-0400
Facsimile: (303) 458-9520
Email: mmcconnell@mfhlegal.com

*Attorneys for Defendant Estill & Long, LLC*
(via CM/ECF)

Richard C. Cornish, Esquire
**RICHARD C. CORNISH, P.A.**
9250 East Costilla Avenue, #600
Greenwood Village, CO 80112
Telephone: (303) 792-9670
Facsimile: (303) 790-2021
Email: cannfitz@aol.com

*Attorneys for Defendant Tracs Growth Investment*
(via CM/ECF)

                                      *s/Ryan Roman*
                                        Ryan Roman